**STATE v. BELL**

[366 N.C. 382 (2012)]

| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Onslow County |
| | ) | |
| BRYAN CHRISTOPHER BELL | ) | |

No. 86A02-2

## ORDER

Defendant's Motion to Hold In Abeyance The Time In Which to File Petition For Writ of Certiorari is allowed. Defendant shall have sixty days from the time of the final ruling by the superior court on his Motion for Appropriate Relief (including defendant's claims made pursuant to the Racial Justice Act) within which to file and serve his Petition for Writ of Certiorari.

By order of the Court in Conference, this 24th day of January, 2013.


s/Beasley, J.

For the Court